<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2833**

---

ROBERT L. DAVIS,

Plaintiff - Appellant,

versus

RICHARD TOWNSEND, Robeson County District At-
torney, in his official and individual capaci-
ties; STAN TODD, Assistant Robeson County Dis-
trict Attorney, in his official and individual
capacities; ARNOLD LOCKLEAR, Attorney of
Robeson County School Board of Education, in
his official and individual capacities;
EARLENA LOWRY, Robeson County Board of Edu-
cation Personnel Director, in her official
capacity only; MARK BRADLEY, Sergeant, Lumber-
ton Police Department, in his official and
individual capacities; DON WARD, Police
Officer, Lumberton Police Department, in his
official and individual capacities; CRAIG
JACOBS, Police Officer, Lumberton Police
Department, in his official and individual
capacities; LEON OXENDINE, Lieutenant, Lumber-
ton Police Department, in his official and
individual capacities; HARRY DOLAN, Lumberton
Police Department, in his official and indi-
vidual capacities; REBECCA SMITH, Probation
Officer, North Carolina Department of Correc-
tion, in her official capacity only,

Defendants - Appellees,

and

JAMES G. EXUM, JR., North Carolina Chief
Justice, in his official and individual
capacities; GERALD ARNOLD, North Carolina
Chief Judge, in his official and individual
capacities; SIDNEY S. EAGLES, JR., North

Carolina Court of Appeals and Chairman of North Carolina Standards Commission, in his official and individual capacities; RUSSELL WALKER, JR., North Carolina Superior Court Judge, in his official and individual capacities; HENRY V. BARNETTE, JR., North Carolina Superior Court Judge, in his official and individual capacities; DEXTER BROOKS, North Carolina Superior Court Judge, in his official and individual capacities; RICHARD ALLSBROOK, North Carolina Superior Court Judge, in his official and individual capacities,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, District Judge.  (CA-95-137-7-BR3)

———————————

Submitted:  January 18, 1996        Decided:  January 31, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed in part and dismissed in part by unpublished per curiam opinion.

———————————

Robert L. Davis, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. He has moved to dismiss Defendants Exum, Arnold, Eagles, Walker, Barnette, Brodes, and Allsbrook. We grant this motion to dismiss. As to the remaining Defendants, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm as to these Defendants on the reasoning of the district court. <u>Davis v. Exum</u>, No. CA-95-137-7-BR3 (E.D.N.C. Oct. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED IN PART, DISMISSED IN PART</u>